IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:15-HC-2111-BO

| | |
|---|---|
| DARIUS LAMONT WATKINS,<br>Petitioner, | )<br>)<br>) |
| v. | )     O R D E R |
| | ) |
| UNKNOWN RESPONDENT,<br>Respondent. | )<br>)<br>) |

On May 26, 2015, Darius Lamont Watkins filed a petition for writ of habeas corpus within this district. Pet., D.E.1. On May 29, 2015, an order was entered which notified petitioner that the petition was deficient because: 1) the pleading was not on the correct forms; and, 2) petitioner did not pay the five dollar ($5.00) filing fee or file an application to proceed without the prepayment of fees. Order, D.E. 3. The necessary and appropriate forms were also provided. Petitioner was directed to correct the deficiency within twenty-one (21) days of the May 29, 2015 order, and he was cautioned that failure to do so may result in dismissal of his action without prejudice. Id. Petitioner did return the form for the petition, but failed to correct the deficiencies as to the filing fee or application to proceed without prepayment. He also filed several nonsensical responses. See D.E. 5-8 ("This presentment is accepted for assessed value and return in exchange for settlement and closure of this accounting, certified and sworn on the commercial liability of the authorized representative as true."). The time to correct the deficiencies has run without proper response. Specifically, petitioner has not paid the filing fee or submitted an application to proceed without the prepayment of fees or returned the forms regarding such and provided to him.

Accordingly, the matter is DISMISSED without prejudice, all motions are DENIED, and the case is CLOSED. SO ORDERED, this 9 day of October 2015.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE